Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | | |
|---|---|---|---|
| 1. | **Debtor's name** | **Akademi Opyson Komes, LLC** | |
| 2. | **All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names and *doing business as* names | | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **86-2051563** | |

| | | | |
|---|---|---|---|
| 4. | **Debtor's address** | **Principal place of business** | **Mailing address, if different from principal place of business** |
| | | **6339 Charlotte Pike, #1142**<br>**Nashville, TN 37209**<br>Number, Street, City, State & ZIP Code | **3615 Echo Lane**<br>**Nashville, TN 37218**<br>P.O. Box, Number, Street, City, State & ZIP Code |
| | | **Davidson**<br>County | **Location of principal assets, if different from principal place of business**<br><br>Number, Street, City, State & ZIP Code |

| | | | |
|---|---|---|---|
| 5. | **Debtor's website** (URL) | | |

| | | |
|---|---|---|
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) |
| | | ☐ Partnership (excluding LLP) |
| | | ☐ Other. Specify: _____ |

**7.** **Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
http://www.uscourts.gov/four-digit-national-association-naics-codes.

_____

**8.** **Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

■ Chapter 7

☐ Chapter 9

☐ Chapter 11. *Check **all** that apply*:

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.** **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.

☐ Yes.

| District _____ | When _____ | Case number _____ |
| District _____ | When _____ | Case number _____ |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☐ No

■ Yes.

List all cases. If more than 1, attach a separate list

| Debtor | **See Attachment** | Relationship | |
| District | | When | Case number, if known |

**11. Why is the case filed in *this district*?**

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard?

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other

**Where is the property?**

Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.  Insurance agency

Contact name

Phone

---

■ **Statistical and administrative information**

**13. Debtor's estimation of available funds**

*Check one:*

☐ Funds will be available for distribution to unsecured creditors.

■ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ■ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |

Case number (*if known*)

| | | |
|---|---|---|
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ■ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

| Debtor | **Akademi Opyson Komes, LLC** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **June 13, 2023**
             MM / DD / YYYY

**X /s/ Djhondel NMN Gay**                      **Djhondel NMN Gay**
Signature of authorized representative of debtor           Printed name

Title    **Chief Manager**

**18. Signature of attorney**

**X /s/ Steven L. Lefkovitz**            Date   **June 13, 2023**
Signature of attorney for debtor                     MM / DD / YYYY

**Steven L. Lefkovitz 5953**
Printed name

**LEFKOVITZ & LEFKOVITZ**
Firm name

**908 HARPETH VALLEY PLACE**
**NASHVILLE, TN 37221**
Number, Street, City, State & ZIP Code

Contact phone   **615-256-8300**      Email address   **slefkovitz@lefkovitz.com**

**5953 TN**
Bar number and State

| Debtor | **Akademi Opyson Komes, LLC** | | Case number *(if known)* | |
| | Name | | | |

**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

MIDDLE DISTRICT OF TENNESSEE

Case number *(if known)* _____ Chapter _____**7**_____

☐ Check if this an
amended filing

# FORM 201. VOLUNTARY PETITION

## Pending Bankruptcy Cases Attachment

| Debtor | **Djondel Gay** | | Relationship to you | |
| District | **Middle District of Tennessee** | When | Case number, if known | |
| Debtor | **Financial Investment Holiding, LLC** | | Relationship to you | |
| District | **Middle District of Tennessee** | When | Case number, if known | |

**Fill in this information to identify the case:**

Debtor name    **Akademi Opyson Komes, LLC**

United States Bankruptcy Court for the:    MIDDLE DISTRICT OF TENNESSEE

Case number (if known) _____

☐ Check if this is an
amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■ *Schedule H: Codebtors* (Official Form 206H)
- ■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule* _____
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **June 13, 2023**    X **/s/ Djhondel NMN Gay**
                                                   Signature of individual signing on behalf of debtor

                                                   **Djhondel NMN Gay**
                                                   Printed name

                                                   **Chief Manager**
                                                   Position or relationship to debtor

**Fill in this information to identify the case:**

Debtor name    **Akademi Opyson Komes, LLC**

United States Bankruptcy Court for the:    MIDDLE DISTRICT OF TENNESSEE

Case number (if known) _____

☐ Check if this is an
   amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals     12/15

1.   ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

    1a. **Real property:**
    Copy line 88 from *Schedule A/B*.................................................................................    $      **0.00**

    1b. **Total personal property:**
    Copy line 91A from *Schedule A/B*..............................................................................    $      **69.38**

    1c. **Total of all property:**
    Copy line 92 from *Schedule A/B*................................................................................    $      **69.38**

2.   ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*.....................................    $      **0.00**

3.   ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*...........................................................    $      **0.00**

    3b. **Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*.............................................    +$      **514,527.00**

4.   **Total liabilities** ...............................................................................................................
    Lines 2 + 3a + 3b           $      **514,527.00**

Software Copyright (c) 1996-2023 Best Case, LLC - www.bestcase.com

## Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
| --- | --- |

**1. Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
| --- | --- |

3.   **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
| --- | --- | --- | --- |
| 3.1.   **Chase Bank** | **checking** | | **$68.56** |

4.   **Other cash equivalents** *(Identify all)*

5.   **Total of Part 1.**    | **$68.56** |

      Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| Part 2: | Deposits and Prepayments |
| --- | --- |

6. **Does the debtor have any deposits or prepayments?**

■ No. Go to Part 3.
☐ Yes Fill in the information below.

| Part 3: | Accounts receivable |
| --- | --- |

10. **Does the debtor have any accounts receivable?**

■ No. Go to Part 4.
☐ Yes Fill in the information below.

| Part 4: | Investments |
| --- | --- |

13. **Does the debtor own any investments?**

☐ No. Go to Part 5.
■ Yes Fill in the information below.

|  | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|

**14.** **Mutual funds or publicly traded stocks not included in Part 1**
Name of fund or stock:

14.1.   Fidelity Investment report _____     _____     **$0.82**

**15.** **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**
Name of entity:                              % of ownership

**16.** **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**
Describe:

**17.** **Total of Part 4.**                                                    **$0.82**
Add lines 14 through 16.  Copy the total to line 83.

**Part 5:** **Inventory, excluding agriculture assets**

**18. Does the debtor own any inventory (excluding agriculture assets)?**

■ No.  Go to Part 6.
☐ Yes Fill in the information below.

**Part 6:** **Farming and fishing-related assets (other than titled motor vehicles and land)**

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.
☐ Yes Fill in the information below.

**Part 7:** **Office furniture, fixtures, and equipment; and collectibles**

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

■ No.  Go to Part 8.
☐ Yes Fill in the information below.

**Part 8:** **Machinery, equipment, and vehicles**

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

■ No.  Go to Part 9.
☐ Yes Fill in the information below.

**Part 9:** **Real property**

**54. Does the debtor own or lease any real property?**

■ No.  Go to Part 10.
☐ Yes Fill in the information below.

**Part 10:** **Intangibles and intellectual property**

**59. Does the debtor have any interests in intangibles or intellectual property?**

■ No.  Go to Part 11.
☐ Yes Fill in the information below.

| Part 11: | All other assets |
|----------|------------------|

70. **Does the debtor own any other assets that have not yet been reported on this form?**
   Include all interests in executory contracts and unexpired leases not previously reported on this form.

   ■ No.  Go to Part 12.
   ☐ Yes Fill in the information below.

Debtor **Akademi Opyson Komes, LLC** _____ Case number _(If known)_ _____
Name

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** _Copy line 5, Part 1_ | $68.56 | |
| 81. **Deposits and prepayments.** _Copy line 9, Part 2._ | $0.00 | |
| 82. **Accounts receivable.** _Copy line 12, Part 3._ | $0.00 | |
| 83. **Investments.** _Copy line 17, Part 4._ | $0.82 | |
| 84. **Inventory.** _Copy line 23, Part 5._ | $0.00 | |
| 85. **Farming and fishing-related assets.** _Copy line 33, Part 6._ | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** _Copy line 43, Part 7._ | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** _Copy line 51, Part 8._ | $0.00 | |
| 88. **Real property.** _Copy line 56, Part 9_.......................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** _Copy line 66, Part 10._ | $0.00 | |
| 90. **All other assets.** _Copy line 78, Part 11._ | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $69.38 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B**. Add lines 91a+91b=92 | | $69.38 |



Envelope # BNJNFCBBBHSVP

AKADEMI OPSYON KOMES LLC
3615 ECHO LN
NASHVILLE TN 37218-1511

FIDELITY ACCOUNT AKADEMI OPSYON KOMES LLC
▶ **Account Number: Z19-623298**

| Your Account Value: | **$0.82** |
|---|---|
| Change Since January 1: | ▼ $262.70 |
| **Beginning Account Value as of Jan 1, 2022** | **$263.52** |
| Additions | 48,100.00 |
| Subtractions | -30,272.59 |
| *Transaction Costs, Fees & Charges* | *-15.37* |
| Change in Investment Value * | -18,090.11 |
| **Ending Account Value as of Dec 31, 2022 \*\*** | **$0.82** |

**FOR YOUR INFORMATION**
This statement is not a replacement for your tax forms and may not reflect all adjustments necessary for your tax reporting purposes. Refer to your IRS tax forms including your Form(s) 1099 and Form(s) 5498, which will be mailed to you under separate cover.

\* *Reflects appreciation or depreciation of your holdings due to price changes, transactions from Other Activity In or Out and Multi-currency transactions, plus any distribution and income earned during the statement period.*
\*\* *Excludes unpriced securities.*

Contact Information

| | |
|---|---|
| Online | Fidelity.com |
| FAST®-Automated Telephone | (800) 544-5555 |
| Customer Service | (800) 544-6666 |

*Brokerage services provided by Fidelity Brokerage Services LLC (FBS), Member NYSE, SIPC (800) 544-6666. Brokerage accounts carried by National Financial Services LLC (NFS), Member NYSE, SIPC.*

YR_CE_BNJNFCBBBHSVP_BBBBB 20230110

H0185450312022121231



# Account Summary

Account Value: **$0.82**

Account Holdings

Change Since January 1 ▼ **$262.70**

| | |
|---|---|
| Beginning Account Value as of Jan 1, 2022 | **$263.52** |
| **Additions** | **48,100.00** |
| Deposits | 30,000.00 |
| Exchanges In | 18,100.00 |
| **Subtractions** | **-30,272.59** |
| Withdrawals | -10,865.00 |
| Exchanges Out | -19,392.22 |
| Transaction Costs, Fees & Charges | -15.37 |
| **Change in Investment Value \*** | **-18,090.11** |
| **Ending Account Value as of Dec 31, 2022** | **$0.82** |

Total Account Trades Jan 2022 - Dec 2022: 20

\*   *Reflects appreciation or depreciation of your holdings due to price changes, transactions from Other Activity In or Out and Multi-currency transactions, plus any distribution and income earned during the statement period.*

## Core Account and Credit Balance Cash Flow

| | |
|---|---|
| **Beginning Balance as of Jan 1, 2022** | **$263.52** |
| **Investment Activity** | |
| Securities Bought | -$89,971.16 |
| Securities Sold | 71,864.79 |
| Dividends, Interest & Other Income [D] | 0.89 |

**Jan 1, 2022**   **Dec 31, 2022**

100% Core Account     100% Core Account

| Holding Type | Value Jan 1 | % of Portfolio Jan 1 | Value Dec 31 | % of Portfolio Dec 31 |
|---|---|---|---|---|
| Core Account | $263 | 100% | $0 | 100% |
| **Total** | **$263** | **100%** | **$0** | **100%** |

## Income Summary

| | Dec 31, 2022 |
|---|---|
| **Taxable** | **$0.89** |
| Ordinary Dividends | |
| Dividends | 0.89 |
| **Total** | **$0.89** |



## Core Account and Credit Balance Cash Flow (continued)

| | |
|---|---:|
| Exchanges In | 18,100.00 |
| Exchanges Out | -19,392.22 |
| **Total Investment Activity** | **-$19,397.70** |
| **Cash Management Activity** | |
| Deposits | 30,000.00 |
| Withdrawals | -10,865.00 |
| **Total Cash Management Activity** | **$19,135.00** |
| **Ending Balance as of Dec 31, 2022** | **$0.82** |

D    *Includes dividend reinvestments.*

# Holdings

## Core Account

| Description | Quantity | Price Per Unit | Total Market Value | Income Earned |
|---|---|---|---|---|
| **FIDELITY GOVERNMENT MONEY MARKET** (SPAXX) | 0.820 | $1.0000 | $0.82 | $0.89 |
| -- 7-day yield: 3.84% | | | | |
| **Total Core Account (100% of account holdings)** | | | **$0.82** | **$0.89** |
| **Total Holdings** | | | **$0.82** | **$0.89** |

P

YR_CE_BNJNFCBBBHSVP_BBBBB 20230110



## Information About Your Fidelity Statement

**Lost or Stolen Cards** For 24-Hour worldwide customer service, call 800-529-2164 for American Express or 800-323-5353 for Fidelity® Debit Card.

**Additional Investments with Fidelity** Make checks payable to Fidelity Investments. Include your account number on the check. For retirement and health savings accounts (HSA), designate in the memo field whether your contribution is for the current or prior year. Mail checks or other inquiries to: Fidelity Investments, P.O. Box 770001, Cincinnati, OH 45277-0003.

**Income Summary** Shows income by tax status for the statement and year-to-date periods. Except for interest income earned on, or distributed by, tax-exempt securities, Fidelity reports dividends and capital gains held in taxable accounts as taxable income. A portion of income reported as tax-exempt income may be subject to alternative minimum taxes and/or state and local taxes. In Traditional IRAs, Rollover IRAs, SEP-IRAs, SIMPLE IRAs and Keoghs, earnings are reported as tax-deferred income. In Roth IRAs and HSAs, earnings are reported as tax-exempt income as they may be federally tax-exempt if certain conditions are met.

**Cost Basis, Gain/Loss, and Holding Period Information** NFS is required to report certain cost basis and holding period information to the IRS on Form 1099-B. Unless otherwise specified, NFS applies the average cost method for open-end mutual funds and the first-in, first-out (FIFO) method for all other securities. Cost basis is adjusted for wash sales on securities with the same CUSIP held in the same account (unless your account receives mark-to-market reporting). Your statement may not reflect all adjustments required for tax purposes. Customers should consult their tax advisors for further information.

**Cost** Fidelity provides purchase cost information for securities held in retirement and HSA accounts. Such information may be adjusted for certain transactions and does not reflect dividends or capital gains reinvestments. Fidelity reports transaction profit or loss information when securities are sold within a retirement or HSA account. Transaction profit or loss is calculated by subtracting purchase cost from sales proceeds

using the FIFO method if shares were purchased at different times or prices. **Statement Mailing** We deliver statements at least four times during the calendar year for any account with a balance.

**Statement Discrepancies** Please review your statement and report any inaccuracies or discrepancies. Inquiries, concerns or questions regarding your brokerage account or the activity therein should be directed to FBS by calling 800-544-6666, and NFS, who carries your brokerage accounts, by calling 866-408-1138. Any oral communications regarding inaccuracies or discrepancies should be reconfirmed in writing to protect your rights, including those under the Securities Investor Protection Act (SIPA).

**Material Changes** Please advise us of material changes in your investment objectives or financial situation related to your brokerage account(s).

**Mutual Funds and Performance** **Before investing, consider the funds' investment objectives, risks, charges and expenses. Contact Fidelity for a prospectus containing this information. Read it carefully. Performance data shown represents past performance and is no guarantee of future results. Investment return and principal value will fluctuate, so you may have a gain or loss when shares are sold. Current performance may be higher or lower than that quoted. Visit Fidelity.com/performance for most recent month-end performance.**

**Sales Loads & Fees** Each fund reserves the right to terminate or modify its exchange privilege in the future. In connection with (i) access to, purchase, sale, exchange or redemption of, and/or maintenance of positions in mutual funds, ETFs and other investment products ("funds") or (ii) infrastructure needed to support such funds, some funds, or their investment affiliates, pay FBS and/or NFS sales loads and 12b-1 fees described in the prospectus as well as additional compensation for shareholder services, start-up fees, platform support and maintenance, and marketing, engagement and analytics programs. Additional information about the source(s) and amount(s) of compensation as well as other remuneration received by FBS or NFS will be furnished to you upon written request. At the time you purchase shares of funds those shares will be assigned either a load, transaction fee (TF) or no transaction fee (NTF) status. When you subsequently sell those shares, any fees applicable to your transaction will be assessed based on the status assigned to the shares at the time of purchase.

---

## Additional Information About Your Brokerage Account, If Applicable

**Free credit balances (FCB)** are funds payable to you on demand. FCB are subject to open commitments such as uncleared checks and exclude proceeds from sales of certificated securities without delivery of the certificate. If your FCB is swept to a core position, you can liquidate the core position and have the proceeds sent to you or held in your account subject to the terms of your account agreement. Required rule 10b-10(a) information not contained herein will be provided on written request. Fidelity may use this free credit balance in connection with its business, subject to applicable law. **Assets Separate from Your Brokerage Account** Only securities in the margin portion of your brokerage account contribute to margin and maintenance requirements. Other Assets, which may be reported on your statement, including insurance products that are distributed by FBS and Fidelity Insurance Agency, Inc. and mutual fund only accounts held directly with the fund (Fidelity Mutual Fund Accounts) are not carried by NFS, not covered by the Securities Investor Protection Corporation (SIPC) and do not count toward your margin and maintenance requirements. Assets held in brokerage accounts managed by Fidelity Personal and Workplace Advisors LLC (FPWA) are carried by NFS and covered by SIPC but do not contribute to your margin and maintenance requirements. **Short Account Balances** Securities sold short are held in a segregated short account. These securities are marked-to-market for margin purposes, and any increase or decrease from the previous week's value is transferred weekly to your margin account. Fidelity represents your short account balance as of the last weekly mark-to-market, not as of the statement end date. **Information About Your Option Transactions** Each transaction confirmation previously delivered to you contains full information about commissions and other charges, and such information is available promptly upon request. Assignments of American and European-style options are allocated among customer short positions pursuant to a random allocation procedure, a description is available upon request. Short positions in American-style options are liable for assignment anytime. The writer of a European-style option is subject to exercise assignment only during the exercise period. For more information, please call Fidelity at 800-544-6666. **Equity Dividend Reinvestment** Shares credited to your account resulted from transactions by FBS acting as agent for your account, or the Depository Trust Company (DTC). **Price Information/Total Market Value** The Total Market Value has been calculated out to 9 decimal places but the individual unit price is displayed in 5 decimal places. The Total Market Value represents prices obtained from various sources, may be impacted by the frequency with which such prices are reported and such prices are not guaranteed. Prices received from pricing vendors are generally based on current market quotes, but when such quotes are not available the pricing vendors use a variety of techniques to estimate value. These estimates, particularly for fixed income securities, may be based on certain minimum principal amounts (e.g. $1 million) and may not reflect all of the factors that affect the value of the security, including liquidity risk. In certain situations, a price may be derived from a single market participant, also known as a "single broker quote". The prices provided are not firm bids or offers. Certain securities may reflect as N/A or unavailable where the price for such security is generally not available from a pricing source. The Market Value of a security, including those priced at par value, may differ from its purchase price and may not closely reflect the

value at which the security may be sold or purchased based on various market factors. The sale or redemption of any fixed income security prior to maturity may result in a loss. Prices for Certificates of Deposits (CDs) on your statement are generally estimates and are not based on actual market prices. The secondary market for CDs is generally illiquid. You should always request a current valuation for your securities prior to making a financial decision or placing an order.

**Executing Orders on the Floor of the NYSE** The Floor broker may permit the Designated Market Maker to trade on parity with the order for some or all of the executions associated with filling that order, where such permission would not be inconsistent with the broker's best execution obligations.

**SIPC** Securities in accounts carried by NFS, a Fidelity Investments company, are protected in accordance with the SIPC up to $500,000 (including cash claims limited to $250,000). For details, including the SIPC brochure, please see www.sipc.org or call 1-202-371-8300. NFS has arranged for additional protection for cash and covered securities to supplement its SIPC coverage. Neither coverage protects against a decline in the market value of securities.

**Fidelity Investments** Fidelity Distributors Company LLC (FDC) is the distributor for Fidelity Funds with marketing and shareholder services provided by FBS or NFS. **Brokerage services are provided by FBS, which clears all transactions through its affiliate, NFS. NFS carries all brokerage accounts. FBS and NFS are members of the NYSE and SIPC.** Upon written request, Fidelity will mail an NFS financial statement, which is also available for inspection at its office. Fidelity Investments (with pyramid logo) is a trademark of FMR LLC.

**FPWA Services** Fidelity Go®, Fidelity Managed FidFolios℠ and Fidelity® Strategic Disciplines are advisory services offered by FPWA, a registered investment adviser. Fidelity® Strategic Disciplines includes the Breckinridge Intermediate Municipal Strategy, the Fidelity® Equity-Income Strategy, the Fidelity® Tax-Managed U.S. Equity Index Strategy, the Fidelity® U.S. Large Cap Equity Strategy, the Fidelity® International Equity Strategy, the Fidelity® Tax-Managed International Equity Index Strategy, the Fidelity® Intermediate Municipal Strategy and the Fidelity® Core Bond Strategy. Fidelity® Wealth Services are advisory services offered by FPWA or Fidelity Personal Trust Company, FSB (FPTC), a federal savings bank. Nondeposit investment products and trust services offered by FPTC and its affiliates are not insured or guaranteed by the Federal Deposit Insurance Corporation or any other government agency, are not obligations of any bank, and are subject to risk, including possible loss of principal. **These advisory services are provided for a fee.** FBS, NFS, FDC, FPWA and FPTC are direct or indirect subsidiaries of FMR LLC.

**Miscellaneous** Mutual fund shares, other securities held in your account, and insurance products are neither deposits nor obligations of, nor endorsed or guaranteed by, any bank or other depositing institution, nor are they federally insured by the FDIC or any other agency. If you request a reprint of your statement, the disclosure information may not be the same as the information originally provided. To confirm that an authorized, direct deposit has been made to your Fidelity Account or Fidelity Mutual Fund Account, call Fidelity at 1-800-544-5555.

588130.55.0

YR_CE _BNJNFCBBBHSVP_BBBB_20230110    P.

**Fill in this information to identify the case:**

Debtor name    **Akademi Opyson Komes, LLC**

United States Bankruptcy Court for the:    MIDDLE DISTRICT OF TENNESSEE

Case number (if known) _____

☐ Check if this is an
   amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property    12/15

**Be as complete and accurate as possible.**

**1. Do any creditors have claims secured by debtor's property?**

    ■ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

    ☐ Yes. Fill in all of the information below.

Debtor name __Akademi Opyson Komes, LLC__

United States Bankruptcy Court for the: __MIDDLE DISTRICT OF TENNESSEE__

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1.  **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

☐ No. Go to Part 2.

■ Yes. Go to line 2.

2.  **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors
with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|
| 2.1 | Priority creditor's name and mailing address | **Unknown** | **Unknown** |

| | |
|---|---|
| **IRS** **CNTRLZD INSOLVENCY OPRTN** **PO BOX 7346** **PHILADELPHIA, PA 19101-7346** | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed |
| Date or dates debt was incurred | Basis for the claim: |
| Last 4 digits of account number | Is the claim subject to offset? ■ No ☐ Yes |
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | |

### Part 2:    List All Creditors with NONPRIORITY Unsecured Claims

3.  **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill
out and attach the Additional Page of Part 2.

| | | Amount of claim |
|---|---|---|
| 3.1 | Nonpriority creditor's name and mailing address | **$10,000.00** |

| | |
|---|---|
| **Ageleur Clauvil** **200 Beaufort Lane** **Milford, DE 19963** | As of the petition filing date, the claim is: *Check all that apply.* ■ Contingent ■ Unliquidated ■ Disputed |
| Date(s) debt was incurred __ | |
| Last 4 digits of account number __ | Basis for the claim: __Investor debt__ |
| | Is the claim subject to offset? ■ No ☐ Yes |

| | | Amount of claim |
|---|---|---|
| 3.2 | Nonpriority creditor's name and mailing address | **$137.00** |

| | |
|---|---|
| **Aldous and Associates, PLLC** **Attn: Bankruptcy** **PO Box 171374** **Holladay, UT 84117** | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed |
| Date(s) debt was incurred __Opened  3/29/19__ | Basis for the claim: __05 WORKOUT ANYTIME SMYRNA TN__ |
| Last 4 digits of account number __74N1__ | Is the claim subject to offset? ■ No ☐ Yes |

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
| | **Amex** | | |
| | **Correspondence/Bankruptcy** | ☐ Contingent | |
| | **PO Box 981540** | ☐ Unliquidated | |
| | **El Paso, TX 79998** | ☐ Disputed | |
| | Date(s) debt was incurred **Opened 2/18/17 Last** | Basis for the claim: **Credit Card** | |
| | **Active 3/07/21** | | |
| | Last 4 digits of account number **2181** | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $30,000.00 |
| | **Angliche Petion** | | |
| | **204 Beaver Dam Dr** | ■ Contingent | |
| | **Salisbury, MD 21804** | ■ Unliquidated | |
| | | ■ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: **Investor debt** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $10,000.00 |
| | **Angliche Petion** | | |
| | **204 Beaver Dam Dr** | ■ Contingent | |
| | **Salisbury, MD 21804** | ■ Unliquidated | |
| | | ■ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: **Investor debt** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,000.00 |
| | **Annette Pierrette** | | |
| | **1214 Division St.** | ■ Contingent | |
| | **Salisbury, MD 21801** | ■ Unliquidated | |
| | | ■ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: **Investor debt** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,606.00 |
| | **Ascend Federal Credit Union** | | |
| | **Attn: Bankruptcy** | ☐ Contingent | |
| | **PO Box 1210** | ☐ Unliquidated | |
| | **Tullahoma, TN 37388** | ☐ Disputed | |
| | Date(s) debt was incurred **Opened 11/18 Last** | Basis for the claim: **Credit Card** | |
| | **Active 02/23** | | |
| | Last 4 digits of account number **0085** | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,600.00 |
| | **Ascend Federal Credit Union** | | |
| | **Attn: Bankruptcy** | ☐ Contingent | |
| | **PO Box 1210** | ☐ Unliquidated | |
| | **Tullahoma, TN 37388** | ☐ Disputed | |
| | Date(s) debt was incurred **Opened 11/18 Last** | Basis for the claim: **Credit Card** | |
| | **Active 4/12/23** | | |
| | Last 4 digits of account number **9880** | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,000.00 |
|---|---|---|---|

**Astrogildo Souza Dos Santos**
**Rua Manuel Vierra Leite Cep 41.130.760**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Investor debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $20,000.00 |
|---|---|---|---|

**Astrogildo Souza Dos Santos**
**Rua Manuel Vierra Leite Cep 41.130.760**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Investor debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Bank of America**
**Attn: Bankruptcy**
**4909 Savarese Circle**
**Tampa, FL 33634**

Date(s) debt was incurred **Opened 03/16 Last Active 11/07/18**

Last 4 digits of account number **9243**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Credit Card**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,000.00 |
|---|---|---|---|

**Beatrice Mentor**
**3855 Vandyke Ave**
**San Diego, CA 92105**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Investor debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $10,000.00 |
|---|---|---|---|

**Caleb Nahum Petion**
**408 Decatur Ave**
**Salisbury, MD 21804**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Investor debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $7,800.00 |
|---|---|---|---|

**CHEADLE LAW**
**2404 CRESTMOOR ROAD**
**Nashville, TN 37215**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Investor debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $10,000.00 |
|---|---|---|---|

**Chika Ibejiuba**
**110 West Kingsbridge Road**
**Mount Vernon, NY 10550**

Date(s) debt was incurred **Opened 04/23 Last Active 5/17/23**

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Investor debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$20,000.00** |
|------|---------|---------|---------|

**Declan Dire**
**49 Soulice Place**
**New Rochelle, NY 10804**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Investor debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$10,000.00** |
|------|---------|---------|---------|

**Edith Francois**
**606 Liberty St**
**Salisbury, MD 21804**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Investor debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$15,000.00** |
|------|---------|---------|---------|

**Evariste Amisial**
**6770 Edwards Ave**
**Salisbury, MD 21804**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Investor debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$824.00** |
|------|---------|---------|---------|

**First Premier Bank**
**Attn: Bankruptcy**
**PO Box 5524**
**Sioux Falls, SD 57117**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **Opened 08/21  Last Active  3/28/23**

Last 4 digits of account number **7116**

Basis for the claim: **Credit Card**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.20 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|------|---------|---------|---------|

**Foursight Capital, LLC.**
**Attn: Bankruptcy**
**PO Box 45026**
**Salt Lake City, UT 84145**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **Opened 04/16  Last Active 03/21**

Last 4 digits of account number **7383**

Basis for the claim: **Automobile**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.21 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$5,000.00** |
|------|---------|---------|---------|

**Garline L Petion**
**204 Beaver Dam Dr**
**Salisbury, MD 21804**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Investor debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.22 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$10,000.00** |
|------|---------|---------|---------|

**Gesner Charles**
**515 East Isabella Street**
**Salisbury, MD 21804**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Investor debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.23 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $20,000.00 |
|---|---|---|---|

**Gladys Guillaume**
315 Tilghman St.
Salisbury, MD 21804

Date(s) debt was incurred _

Last 4 digits of account number _

☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:  **Investor debt**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.24 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $20,000.00 |
|---|---|---|---|

**Great Commission Church**
225 N Division St
Salisbury, MD 21801

Date(s) debt was incurred _

Last 4 digits of account number _

☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:  **Investor debt**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.25 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,000.00 |
|---|---|---|---|

**Joasch Frejuste**
606 Liberty Street
Salisbury, MD 21804

Date(s) debt was incurred _

Last 4 digits of account number _

☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:  **Investor debt**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.26 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $15,685.00 |
|---|---|---|---|

**LENDING POINT**
1201 ROBERTS BLVD #200
KENNESAW GA 30144

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.27 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $13,450.00 |
|---|---|---|---|

**LendingPoint LLC.**
Attn: Bankruptcy
1201 Roberts Blvd Suite 200
Kennesaw, GA 30144

Date(s) debt was incurred  **Opened 04/22  Last Active  4/23/23**

Last 4 digits of account number  **5419**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Unsecured**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.28 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,000.00 |
|---|---|---|---|

**Leonard A Jeancharles**
3855 Vandyke Ave
San Diego, CA 92105

Date(s) debt was incurred _

Last 4 digits of account number _

☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:  **Investor debt**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.29 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $10,000.00 |
|---|---|---|---|

**Lile Charles**
515 Isabella St
Salisbury, MD 21804

Date(s) debt was incurred _

Last 4 digits of account number _

☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:  **Investor debt**

Is the claim subject to offset? ☑ No ☐ Yes

---

Case 3:23-bk-02084    Doc 1    Filed 06/13/23    Entered 06/13/23 13:26:57    Desc Main
Document    Page 22 of 58

| 3.30 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $10,000.00 |
|------|---|---|---|

**Manita Noel Daniel**
**2460 NW 63rd Ter**
**Fort Lauderdale, FL 33313**

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred _____

Last 4 digits of account number _____

Basis for the claim:  **Investor debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.31 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,000.00 |
|------|---|---|---|

**Marie France**
**474 Hawkins Rd**
**Selden, NY 11784**

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred _____

Last 4 digits of account number _____

Basis for the claim:  **Investor debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.32 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $10,000.00 |
|------|---|---|---|

**Marie Joceline Lamy**
**204 Beaver Dam Dr**
**Salisbury, MD 21804**

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred _____

Last 4 digits of account number _____

Basis for the claim:  **Investor debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.33 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,000.00 |
|------|---|---|---|

**Marie Lourde Francois**
**732 Hemlock St**
**Salisbury, MD 21804**

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred _____

Last 4 digits of account number _____

Basis for the claim:  **Investor debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.34 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|------|---|---|---|

**Mariner Finance**
**Attn: Bankruptcy**
**8211 Town Center Drive**
**Nottingham, MD 21236**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred  **Opened 08/11  Last Active 12/11**

Last 4 digits of account number  **0016**

Basis for the claim: _____

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.35 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,000.00 |
|------|---|---|---|

**Mercidieu Delva**
**13406 Grace Lane**
**Delmar, DE 19940**

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred _____

Last 4 digits of account number _____

Basis for the claim:  **Investor debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.36 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $25,000.00 |
|------|---|---|---|

**Mireille Arthur**
**431 W 200 S Apt 1**
**Provo, UT 84601**

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred _____

Last 4 digits of account number _____

Basis for the claim:  **Investor debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.37 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $60,000.00 |
|---|---|---|---|

**Mireille Arthur**
**431 W 200 S Apt 1**
**Provo, UT 84601**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Investor debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.38 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $5,000.00 |
|---|---|---|---|

**Moisena Dorcelis**
**1404 Emerson Ave**
**Salisbury, MD 21801**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Investor debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.39 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $15,000.00 |
|---|---|---|---|

**Nerlandsha Makie Petion**
**420 Dover St**
**Salisbury, MD 21804**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Investor debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.40 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $5,000.00 |
|---|---|---|---|

**Nickson Sylvestre**
**5362 Erika Pl**
**Lake Worth, FL 33463**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Investor debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.41 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $30,000.00 |
|---|---|---|---|

**Nise Francois**
**1886 Mathorn Dr**
**Orlando, FL 32818**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Investor debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.42 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $25,000.00 |
|---|---|---|---|

**Raoul Pierre Paul**
**39 Buttercup Cir N**
**Palm Beach Gardens, FL 33410**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Investor debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.43 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Syncb/ccdstr**
**Attn: Bankruptcy**
**PO Box 965060**
**Orlando, FL 32896**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **Opened 05/18  Last Active 12/31/20**

Basis for the claim:  **Charge Account**

Is the claim subject to offset? ■ No ☐ Yes

Last 4 digits of account number  **5033**

---

| 3.44 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $425.00 |

**Synchrony Bank**
**Attn: Bankruptcy**
**PO Box 965060**
**Orlando, FL 32896**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **Opened 04/23  Last Active  5/17/23**

Basis for the claim:  **Charge Account**

Last 4 digits of account number  **8854**

Is the claim subject to offset?  ☐ No  ☐ Yes

---

| 3.45 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Synchrony Bank**
**Attn: Bankruptcy**
**PO Box 965060**
**Orlando, FL 32896**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **Opened 6/25/17  Last Active  6/21/19**

Basis for the claim:  **Charge Account**

Last 4 digits of account number  **4205**

Is the claim subject to offset?  ☐ No  ☐ Yes

---

| 3.46 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $10,000.00 |

**Tout Est Bien Petion**
**423 Decatur Ave**
**Salisbury, MD 21804**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Investor debt**

Last 4 digits of account number __

Is the claim subject to offset?  ☐ No  ☐ Yes

---

| 3.47 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $25,000.00 |

**Yvenie Petion**
**423 Dover St**
**Salisbury, MD 21804**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Investor debt**

Last 4 digits of account number __

Is the claim subject to offset?  ☐ No  ☐ Yes

---

| 3.48 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $5,000.00 |

**Zaky Louis**
**515 Isabella St**
**Salisbury, MD 21804**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Investor debt**

Last 4 digits of account number __

Is the claim subject to offset?  ■ No  ☐ Yes

---

**Part 3:**  **List Others to Be Notified About Unsecured Claims**

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

   If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

**Part 4:**  **Total Amounts of the Priority and Nonpriority Unsecured Claims**

5. Add the amounts of priority and nonpriority unsecured claims.

|  |  | Total of claim amounts |
|---|---|---|
| 5a. Total claims from Part 1 | 5a. $ | 0.00 |
| 5b. Total claims from Part 2 | 5b. + $ | 514,527.00 |

Debtor    **Akademi Opyson Komes, LLC**                    Case number (*if known*) _____
          _____
          Name

**5c. Total of Parts 1 and 2**                                        5c.    $ _____ 514,527.00
     Lines 5a + 5b = 5c.

Debtor name      **Akademi Opyson Komes, LLC**

United States Bankruptcy Court for the:   MIDDLE DISTRICT OF TENNESSEE

Case number (if known)   _____

☐ Check if this is an
   amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.   **Does the debtor have any executory contracts or unexpired leases?**
     ■ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
     ☐ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal*       *Property*
          (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| 2.1   State what the contract or lease is for and the nature of the debtor's interest | |
| State the term remaining | |
| List the contract number of any government contract | |
| 2.2   State what the contract or lease is for and the nature of the debtor's interest | |
| State the term remaining | |
| List the contract number of any government contract | |
| 2.3   State what the contract or lease is for and the nature of the debtor's interest | |
| State the term remaining | |
| List the contract number of any government contract | |
| 2.4   State what the contract or lease is for and the nature of the debtor's interest | |
| State the term remaining | |
| List the contract number of any government contract | |

Official Form 206G                  **Schedule G: Executory Contracts and Unexpired Leases**                  Page 1 of 1

Debtor name      **Akademi Opyson Komes, LLC**

United States Bankruptcy Court for the:      MIDDLE DISTRICT OF TENNESSEE

Case number (if known)  _____

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors                                              12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 | **Djondel Gay** | **3615 Echo Lane** <br> **Nashville, TN 37218** | **Ageleur Clauvil** | ☐ D _____ <br> ■ E/F __3.1__ <br> ☐ G _____ |
| 2.2 | **Djondel Gay** | **3615 Echo Lane** <br> **Nashville, TN 37218** | **Aldous and Associates, PLLC** | ☐ D _____ <br> ■ E/F __3.2__ <br> ☐ G _____ |
| 2.3 | **Djondel Gay** | **3615 Echo Lane** <br> **Nashville, TN 37218** | **Amex** | ☐ D _____ <br> ■ E/F __3.3__ <br> ☐ G _____ |
| 2.4 | **Djondel Gay** | **3615 Echo Lane** <br> **Nashville, TN 37218** | **Angliche Petion** | ☐ D _____ <br> ■ E/F __3.4__ <br> ☐ G _____ |
| 2.5 | **Djondel Gay** | **3615 Echo Lane** <br> **Nashville, TN 37218** | **Angliche Petion** | ☐ D _____ <br> ■ E/F __3.5__ <br> ☐ G _____ |

| Debtor | **Akademi Opyson Komes, LLC** | Case number *(if known)* |
|---|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| 2.6 | **Djondel Gay** | 3615 Echo Lane<br>Nashville, TN 37218 | **Annette Pierrette** | ☐ D ____<br>■ E/F __3.6__<br>☐ G ____ |
| 2.7 | **Djondel Gay** | 3615 Echo Lane<br>Nashville, TN 37218 | **Ascend Federal Credit Union** | ☐ D ____<br>■ E/F __3.7__<br>☐ G ____ |
| 2.8 | **Djondel Gay** | 3615 Echo Lane<br>Nashville, TN 37218 | **Ascend Federal Credit Union** | ☐ D ____<br>■ E/F __3.8__<br>☐ G ____ |
| 2.9 | **Djondel Gay** | 3615 Echo Lane<br>Nashville, TN 37218 | **Astrogildo Souza Dos Santos** | ☐ D ____<br>■ E/F __3.9__<br>☐ G ____ |
| 2.10 | **Djondel Gay** | 3615 Echo Lane<br>Nashville, TN 37218 | **Astrogildo Souza Dos Santos** | ☐ D ____<br>■ E/F __3.10__<br>☐ G ____ |
| 2.11 | **Djondel Gay** | 3615 Echo Lane<br>Nashville, TN 37218 | **Bank of America** | ☐ D ____<br>■ E/F __3.11__<br>☐ G ____ |
| 2.12 | **Djondel Gay** | 3615 Echo Lane<br>Nashville, TN 37218 | **Beatrice Mentor** | ☐ D ____<br>■ E/F __3.12__<br>☐ G ____ |
| 2.13 | **Djondel Gay** | 3615 Echo Lane<br>Nashville, TN 37218 | **Caleb Nahum Petion** | ☐ D ____<br>■ E/F __3.13__<br>☐ G ____ |

| ■ Additional Page to List More Codebtors |
|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|

| 2.14 | **Djondel Gay** | **3615 Echo Lane**<br>**Nashville, TN 37218** | **CHEADLE LAW** | ☐ D _____<br>■ E/F __**3.14**__<br>☐ G _____ |
| 2.15 | **Djondel Gay** | **3615 Echo Lane**<br>**Nashville, TN 37218** | Chika Ibejiuba | ☐ D _____<br>■ E/F __**3.15**__<br>☐ G _____ |
| 2.16 | **Djondel Gay** | **3615 Echo Lane**<br>**Nashville, TN 37218** | **Declan Dire** | ☐ D _____<br>■ E/F __**3.16**__<br>☐ G _____ |
| 2.17 | **Djondel Gay** | **3615 Echo Lane**<br>**Nashville, TN 37218** | **Edith Francois** | ☐ D _____<br>■ E/F __**3.17**__<br>☐ G _____ |
| 2.18 | **Djondel Gay** | **3615 Echo Lane**<br>**Nashville, TN 37218** | **Evariste Amisial** | ☐ D _____<br>■ E/F __**3.18**__<br>☐ G _____ |
| 2.19 | **Djondel Gay** | **3615 Echo Lane**<br>**Nashville, TN 37218** | **First Premier Bank** | ☐ D _____<br>■ E/F __**3.19**__<br>☐ G _____ |
| 2.20 | **Djondel Gay** | **3615 Echo Lane**<br>**Nashville, TN 37218** | **Foursight Capital,<br>LLC.** | ☐ D _____<br>■ E/F __**3.20**__<br>☐ G _____ |
| 2.21 | **Djondel Gay** | **3615 Echo Lane**<br>**Nashville, TN 37218** | **Garline L Petion** | ☐ D _____<br>■ E/F __**3.21**__<br>☐ G _____ |

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| 2.22 | **Djondel Gay** | 3615 Echo Lane<br>Nashville, TN 37218 | **Gesner Charles** | ☐ D _____<br>■ E/F __3.22__<br>☐ G _____ |
| 2.23 | **Djondel Gay** | 3615 Echo Lane<br>Nashville, TN 37218 | **Gladys Guillaume** | ☐ D _____<br>■ E/F __3.23__<br>☐ G _____ |
| 2.24 | **Djondel Gay** | 3615 Echo Lane<br>Nashville, TN 37218 | **Great Commission Church** | ☐ D _____<br>■ E/F __3.24__<br>☐ G _____ |
| 2.25 | **Djondel Gay** | 3615 Echo Lane<br>Nashville, TN 37218 | **IRS** | ☐ D _____<br>■ E/F __2.1__<br>☐ G _____ |
| 2.26 | **Djondel Gay** | 3615 Echo Lane<br>Nashville, TN 37218 | **Joasch Frejuste** | ☐ D _____<br>■ E/F __3.25__<br>☐ G _____ |
| 2.27 | **Djondel Gay** | 3615 Echo Lane<br>Nashville, TN 37218 | **LENDING POINT** | ☐ D _____<br>■ E/F __3.26__<br>☐ G _____ |
| 2.28 | **Djondel Gay** | 3615 Echo Lane<br>Nashville, TN 37218 | **LendingPoint LLC.** | ☐ D _____<br>■ E/F __3.27__<br>☐ G _____ |
| 2.29 | **Djondel Gay** | 3615 Echo Lane<br>Nashville, TN 37218 | **Leonard A Jeancharles** | ☐ D _____<br>■ E/F __3.28__<br>☐ G _____ |

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| 2.30   **Djondel Gay** | 3615 Echo Lane<br>Nashville, TN 37218 | **Lile Charles** | ☐ D _____<br>■ E/F   **3.29**<br>☐ G _____ |
| 2.31   **Djondel Gay** | 3615 Echo Lane<br>Nashville, TN 37218 | **Manita Noel Daniel** | ☐ D _____<br>■ E/F   **3.30**<br>☐ G _____ |
| 2.32   **Djondel Gay** | 3615 Echo Lane<br>Nashville, TN 37218 | **Marie France** | ☐ D _____<br>■ E/F   **3.31**<br>☐ G _____ |
| 2.33   **Djondel Gay** | 3615 Echo Lane<br>Nashville, TN 37218 | **Marie Joceline Lamy** | ☐ D _____<br>■ E/F   **3.32**<br>☐ G _____ |
| 2.34   **Djondel Gay** | 3615 Echo Lane<br>Nashville, TN 37218 | **Marie Lourde Francois** | ☐ D _____<br>■ E/F   **3.33**<br>☐ G _____ |
| 2.35   **Djondel Gay** | 3615 Echo Lane<br>Nashville, TN 37218 | **Mariner Finance** | ☐ D _____<br>■ E/F   **3.34**<br>☐ G _____ |
| 2.36   **Djondel Gay** | 3615 Echo Lane<br>Nashville, TN 37218 | **Mercidieu Delva** | ☐ D _____<br>■ E/F   **3.35**<br>☐ G _____ |
| 2.37   **Djondel Gay** | 3615 Echo Lane<br>Nashville, TN 37218 | **Mireille Arthur** | ☐ D _____<br>■ E/F   **3.36**<br>☐ G _____ |

Debtor **Akademi Opyson Komes, LLC** Case number *(if known)* _____

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|

2.38   **Djondel Gay**     3615 Echo Lane               **Mireille Arthur**
Nashville, TN 37218
- ☐ D _____
- ■ E/F   **3.37**
- ☐ G _____

2.39   **Djondel Gay**     3615 Echo Lane               **Moisena Dorcelis**
Nashville, TN 37218
- ☐ D _____
- ■ E/F   **3.38**
- ☐ G _____

2.40   **Djondel Gay**     3615 Echo Lane               **Nerlandsha Makie Petion**
Nashville, TN 37218
- ☐ D _____
- ■ E/F   **3.39**
- ☐ G _____

2.41   **Djondel Gay**     3615 Echo Lane               **Nickson Sylvestre**
Nashville, TN 37218
- ☐ D _____
- ■ E/F   **3.40**
- ☐ G _____

2.42   **Djondel Gay**     3615 Echo Lane               **Nise Francois**
Nashville, TN 37218
- ☐ D _____
- ■ E/F   **3.41**
- ☐ G _____

2.43   **Djondel Gay**     3615 Echo Lane               **Raoul Pierre Paul**
Nashville, TN 37218
- ☐ D _____
- ■ E/F   **3.42**
- ☐ G _____

2.44   **Djondel Gay**     3615 Echo Lane               **Syncb/ccdstr**
Nashville, TN 37218
- ☐ D _____
- ■ E/F   **3.43**
- ☐ G _____

2.45   **Djondel Gay**     3615 Echo Lane               **Synchrony Bank**
Nashville, TN 37218
- ☐ D _____
- ■ E/F   **3.44**
- ☐ G _____

| ■ | **Additional Page to List More Codebtors** |
|---|---|

**Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.**

*Column 1:* **Codebtor**                                    *Column 2:* **Creditor**

| 2.46 | **Djondel Gay** | 3615 Echo Lane<br>Nashville, TN 37218 | **Synchrony Bank** | ☐ D _____<br>■ E/F __3.45__<br>☐ G _____ |
|---|---|---|---|---|
| 2.47 | **Djondel Gay** | 3615 Echo Lane<br>Nashville, TN 37218 | **Tout Est Bien Petion** | ☐ D _____<br>■ E/F __3.46__<br>☐ G _____ |
| 2.48 | **Djondel Gay** | 3615 Echo Lane<br>Nashville, TN 37218 | **Yvenie Petion** | ☐ D _____<br>■ E/F __3.47__<br>☐ G _____ |
| 2.49 | **Djondel Gay** | 3615 Echo Lane<br>Nashville, TN 37218 | **Zaky Louis** | ☐ D _____<br>■ E/F __3.48__<br>☐ G _____ |
| 2.50 | **Djondel NMN Gay** | 3615 Echo Lane<br>Nashville, TN 37218 | **Ageleur Clauvil** | ☐ D _____<br>■ E/F __3.1__<br>☐ G _____ |
| 2.51 | **Djondel NMN Gay** | 3615 Echo Lane<br>Nashville, TN 37218 | **Aldous and Associates, PLLC** | ☐ D _____<br>■ E/F __3.2__<br>☐ G _____ |
| 2.52 | **Djondel NMN Gay** | 3615 Echo Lane<br>Nashville, TN 37218 | **Amex** | ☐ D _____<br>■ E/F __3.3__<br>☐ G _____ |
| 2.53 | **Djondel NMN Gay** | 3615 Echo Lane<br>Nashville, TN 37218 | **Angliche Petion** | ☐ D _____<br>■ E/F __3.4__<br>☐ G _____ |

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|

| 2.54 | Djondel NMN Gay | 3615 Echo Lane Nashville, TN 37218 | Angliche Petion | ☐ D _____ ■ E/F __3.5__ ☐ G _____ |
|---|---|---|---|---|
| 2.55 | Djondel NMN Gay | 3615 Echo Lane Nashville, TN 37218 | Annette Pierrette | ☐ D _____ ■ E/F __3.6__ ☐ G _____ |
| 2.56 | Djondel NMN Gay | 3615 Echo Lane Nashville, TN 37218 | Ascend Federal Credit Union | ☐ D _____ ■ E/F __3.7__ ☐ G _____ |
| 2.57 | Djondel NMN Gay | 3615 Echo Lane Nashville, TN 37218 | Ascend Federal Credit Union | ☐ D _____ ■ E/F __3.8__ ☐ G _____ |
| 2.58 | Djondel NMN Gay | 3615 Echo Lane Nashville, TN 37218 | Astrogildo Souza Dos Santos | ☐ D _____ ■ E/F __3.9__ ☐ G _____ |
| 2.59 | Djondel NMN Gay | 3615 Echo Lane Nashville, TN 37218 | Astrogildo Souza Dos Santos | ☐ D _____ ■ E/F __3.10__ ☐ G _____ |
| 2.60 | Djondel NMN Gay | 3615 Echo Lane Nashville, TN 37218 | Bank of America | ☐ D _____ ■ E/F __3.11__ ☐ G _____ |
| 2.61 | Djondel NMN Gay | 3615 Echo Lane Nashville, TN 37218 | Beatrice Mentor | ☐ D _____ ■ E/F __3.12__ ☐ G _____ |

| Debtor | **Akademi Opyson Komes, LLC** | Case number *(if known)* | |
|---|---|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|

| 2.62 | Djondel NMN Gay | 3615 Echo Lane Nashville, TN 37218 | Caleb Nahum Petion | ☐ D ＿＿＿＿ ■ E/F __3.13__ ☐ G ＿＿＿＿ |
|---|---|---|---|---|
| 2.63 | Djondel NMN Gay | 3615 Echo Lane Nashville, TN 37218 | CHEADLE LAW | ☐ D ＿＿＿＿ ■ E/F __3.14__ ☐ G ＿＿＿＿ |
| 2.64 | Djondel NMN Gay | 3615 Echo Lane Nashville, TN 37218 | Chika Ibejiuba | ☐ D ＿＿＿＿ ■ E/F __3.15__ ☐ G ＿＿＿＿ |
| 2.65 | Djondel NMN Gay | 3615 Echo Lane Nashville, TN 37218 | Declan Dire | ☐ D ＿＿＿＿ ■ E/F __3.16__ ☐ G ＿＿＿＿ |
| 2.66 | Djondel NMN Gay | 3615 Echo Lane Nashville, TN 37218 | Edith Francois | ☐ D ＿＿＿＿ ■ E/F __3.17__ ☐ G ＿＿＿＿ |
| 2.67 | Djondel NMN Gay | 3615 Echo Lane Nashville, TN 37218 | Evariste Amisial | ☐ D ＿＿＿＿ ■ E/F __3.18__ ☐ G ＿＿＿＿ |
| 2.68 | Djondel NMN Gay | 3615 Echo Lane Nashville, TN 37218 | First Premier Bank | ☐ D ＿＿＿＿ ■ E/F __3.19__ ☐ G ＿＿＿＿ |
| 2.69 | Djondel NMN Gay | 3615 Echo Lane Nashville, TN 37218 | Foursight Capital, LLC. | ☐ D ＿＿＿＿ ■ E/F __3.20__ ☐ G ＿＿＿＿ |

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|

| 2.70 | **Djondel NMN Gay** | **3615 Echo Lane Nashville, TN 37218** | **Garline L Petion** | ☐ D _____ ■ E/F __**3.21**__ ☐ G _____ |

| 2.71 | **Djondel NMN Gay** | **3615 Echo Lane Nashville, TN 37218** | **Gesner Charles** | ☐ D _____ ■ E/F __**3.22**__ ☐ G _____ |

| 2.72 | **Djondel NMN Gay** | **3615 Echo Lane Nashville, TN 37218** | **Gladys Guillaume** | ☐ D _____ ■ E/F __**3.23**__ ☐ G _____ |

| 2.73 | **Djondel NMN Gay** | **3615 Echo Lane Nashville, TN 37218** | **Great Commission Church** | ☐ D _____ ■ E/F __**3.24**__ ☐ G _____ |

| 2.74 | **Djondel NMN Gay** | **3615 Echo Lane Nashville, TN 37218** | **IRS** | ☐ D _____ ■ E/F __**2.1**__ ☐ G _____ |

| 2.75 | **Djondel NMN Gay** | **3615 Echo Lane Nashville, TN 37218** | **Joasch Frejuste** | ☐ D _____ ■ E/F __**3.25**__ ☐ G _____ |

| 2.76 | **Djondel NMN Gay** | **3615 Echo Lane Nashville, TN 37218** | **LENDING POINT** | ☐ D _____ ■ E/F __**3.26**__ ☐ G _____ |

| 2.77 | **Djondel NMN Gay** | **3615 Echo Lane Nashville, TN 37218** | **LendingPoint LLC.** | ☐ D _____ ■ E/F __**3.27**__ ☐ G _____ |

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|

| 2.78 | **Djondel NMN Gay** | **3615 Echo Lane Nashville, TN 37218** | **Leonard A Jeancharles** | ☐ D _____ ■ E/F __3.28__ ☐ G _____ |

| 2.79 | **Djondel NMN Gay** | **3615 Echo Lane Nashville, TN 37218** | **Lile Charles** | ☐ D _____ ■ E/F __3.29__ ☐ G _____ |

| 2.80 | **Djondel NMN Gay** | **3615 Echo Lane Nashville, TN 37218** | **Manita Noel Daniel** | ☐ D _____ ■ E/F __3.30__ ☐ G _____ |

| 2.81 | **Djondel NMN Gay** | **3615 Echo Lane Nashville, TN 37218** | **Marie France** | ☐ D _____ ■ E/F __3.31__ ☐ G _____ |

| 2.82 | **Djondel NMN Gay** | **3615 Echo Lane Nashville, TN 37218** | **Marie Joceline Lamy** | ☐ D _____ ■ E/F __3.32__ ☐ G _____ |

| 2.83 | **Djondel NMN Gay** | **3615 Echo Lane Nashville, TN 37218** | **Marie Lourde Francois** | ☐ D _____ ■ E/F __3.33__ ☐ G _____ |

| 2.84 | **Djondel NMN Gay** | **3615 Echo Lane Nashville, TN 37218** | **Mariner Finance** | ☐ D _____ ■ E/F __3.34__ ☐ G _____ |

| 2.85 | **Djondel NMN Gay** | **3615 Echo Lane Nashville, TN 37218** | **Mercidieu Delva** | ☐ D _____ ■ E/F __3.35__ ☐ G _____ |

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| 2.86 **Djondel NMN Gay** | 3615 Echo Lane Nashville, TN 37218 | **Mireille Arthur** | ☐ D _____ ■ E/F __3.36__ ☐ G _____ |
| 2.87 **Djondel NMN Gay** | 3615 Echo Lane Nashville, TN 37218 | **Mireille Arthur** | ☐ D _____ ■ E/F __3.37__ ☐ G _____ |
| 2.88 **Djondel NMN Gay** | 3615 Echo Lane Nashville, TN 37218 | **Moisena Dorcelis** | ☐ D _____ ■ E/F __3.38__ ☐ G _____ |
| 2.89 **Djondel NMN Gay** | 3615 Echo Lane Nashville, TN 37218 | **Nerlandsha Makie Petion** | ☐ D _____ ■ E/F __3.39__ ☐ G _____ |
| 2.90 **Djondel NMN Gay** | 3615 Echo Lane Nashville, TN 37218 | **Nickson Sylvestre** | ☐ D _____ ■ E/F __3.40__ ☐ G _____ |
| 2.91 **Djondel NMN Gay** | 3615 Echo Lane Nashville, TN 37218 | **Nise Francois** | ☐ D _____ ■ E/F __3.41__ ☐ G _____ |
| 2.92 **Djondel NMN Gay** | 3615 Echo Lane Nashville, TN 37218 | **Raoul Pierre Paul** | ☐ D _____ ■ E/F __3.42__ ☐ G _____ |
| 2.93 **Djondel NMN Gay** | 3615 Echo Lane Nashville, TN 37218 | **Syncb/ccdstr** | ☐ D _____ ■ E/F __3.43__ ☐ G _____ |

| Debtor | **Akademi Opyson Komes, LLC** | Case number *(if known)* | |
|---|---|---|---|

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| | *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|---|
| 2.94 | Djondel NMN Gay | 3615 Echo Lane Nashville, TN 37218 | Synchrony Bank | ☐ D _____ ■ E/F **3.44** ☐ G _____ |
| 2.95 | Djondel NMN Gay | 3615 Echo Lane Nashville, TN 37218 | Synchrony Bank | ☐ D _____ ■ E/F **3.45** ☐ G _____ |
| 2.96 | Djondel NMN Gay | 3615 Echo Lane Nashville, TN 37218 | Tout Est Bien Petion | ☐ D _____ ■ E/F **3.46** ☐ G _____ |
| 2.97 | Djondel NMN Gay | 3615 Echo Lane Nashville, TN 37218 | Yvenie Petion | ☐ D _____ ■ E/F **3.47** ☐ G _____ |
| 2.98 | Djondel NMN Gay | 3615 Echo Lane Nashville, TN 37218 | Zaky Louis | ☐ D _____ ■ E/F **3.48** ☐ G _____ |
| 2.99 | Financial Investment Holding, LLC | | Ageleur Clauvil | ☐ D _____ ■ E/F **3.1** ☐ G _____ |
| 2.100 | Financial Investment Holding, LLC | | Aldous and Associates, PLLC | ☐ D _____ ■ E/F **3.2** ☐ G _____ |
| 2.101 | Financial Investment Holding, LLC | | Amex | ☐ D _____ ■ E/F **3.3** ☐ G _____ |

| ▮ | **Additional Page to List More Codebtors** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| *Column 1:* **Codebtor** | *Column 2:* **Creditor** | | |
|---|---|---|---|
| 2.10 2 | **Financial Investment Holding, LLC** | **Angliche Petion** | ☐ D _____ ▮ E/F __3.4__ ☐ G _____ |
| 2.10 3 | **Financial Investment Holding, LLC** | **Angliche Petion** | ☐ D _____ ▮ E/F __3.5__ ☐ G _____ |
| 2.10 4 | **Financial Investment Holding, LLC** | **Annette Pierrette** | ☐ D _____ ▮ E/F __3.6__ ☐ G _____ |
| 2.10 5 | **Financial Investment Holding, LLC** | **Ascend Federal Credit Union** | ☐ D _____ ▮ E/F __3.7__ ☐ G _____ |
| 2.10 6 | **Financial Investment Holding, LLC** | **Ascend Federal Credit Union** | ☐ D _____ ▮ E/F __3.8__ ☐ G _____ |
| 2.10 7 | **Financial Investment Holding, LLC** | **Astrogildo Souza Dos Santos** | ☐ D _____ ▮ E/F __3.9__ ☐ G _____ |
| 2.10 8 | **Financial Investment Holding, LLC** | **Astrogildo Souza Dos Santos** | ☐ D _____ ▮ E/F __3.10__ ☐ G _____ |
| 2.10 9 | **Financial Investment Holding, LLC** | **Bank of America** | ☐ D _____ ▮ E/F __3.11__ ☐ G _____ |

| Debtor | **Akademi Opyson Komes, LLC** | Case number *(if known)* | |
|---|---|---|---|

■ **Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|
| 2.110 | Financial Investment Holding, LLC | Beatrice Mentor | ☐ D _____ <br> ■ E/F **3.12** <br> ☐ G _____ |
| 2.111 | Financial Investment Holding, LLC | Caleb Nahum Petion | ☐ D _____ <br> ■ E/F **3.13** <br> ☐ G _____ |
| 2.112 | Financial Investment Holding, LLC | CHEADLE LAW | ☐ D _____ <br> ■ E/F **3.14** <br> ☐ G _____ |
| 2.113 | Financial Investment Holding, LLC | Chika Ibejiuba | ☐ D _____ <br> ■ E/F **3.15** <br> ☐ G _____ |
| 2.114 | Financial Investment Holding, LLC | Declan Dire | ☐ D _____ <br> ■ E/F **3.16** <br> ☐ G _____ |
| 2.115 | Financial Investment Holding, LLC | Edith Francois | ☐ D _____ <br> ■ E/F **3.17** <br> ☐ G _____ |
| 2.116 | Financial Investment Holding, LLC | Evariste Amisial | ☐ D _____ <br> ■ E/F **3.18** <br> ☐ G _____ |
| 2.117 | Financial Investment Holding, LLC | First Premier Bank | ☐ D _____ <br> ■ E/F **3.19** <br> ☐ G _____ |

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| *Column 1:* **Codebtor** | *Column 2:* **Creditor** |
|---|---|
| 2.118 | **Financial Investment Holding, LLC** | **Foursight Capital, LLC.** | ☐ D _____<br>■ E/F __3.20__<br>☐ G _____ |
| 2.119 | **Financial Investment Holding, LLC** | **Garline L Petion** | ☐ D _____<br>■ E/F __3.21__<br>☐ G _____ |
| 2.120 | **Financial Investment Holding, LLC** | **Gesner Charles** | ☐ D _____<br>■ E/F __3.22__<br>☐ G _____ |
| 2.121 | **Financial Investment Holding, LLC** | **Gladys Guillaume** | ☐ D _____<br>■ E/F __3.23__<br>☐ G _____ |
| 2.122 | **Financial Investment Holding, LLC** | **Great Commission Church** | ☐ D _____<br>■ E/F __3.24__<br>☐ G _____ |
| 2.123 | **Financial Investment Holding, LLC** | **IRS** | ☐ D _____<br>■ E/F __2.1__<br>☐ G _____ |
| 2.124 | **Financial Investment Holding, LLC** | **Joasch Frejuste** | ☐ D _____<br>■ E/F __3.25__<br>☐ G _____ |
| 2.125 | **Financial Investment Holding, LLC** | **LENDING POINT** | ☐ D _____<br>■ E/F __3.26__<br>☐ G _____ |

Case 3:23-bk-02084   Doc 1   Filed 06/13/23   Entered 06/13/23 13:26:57   Desc Main
Document      Page 43 of 58

| Debtor | **Akademi Opyson Komes, LLC** | Case number *(if known)* | |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| *Column 1:* **Codebtor** | *Column 2:* **Creditor** | |
|---|---|---|
| 2.12 6 | **Financial Investment Holding, LLC** | **LendingPoint LLC.** | ☐ D _____<br>▮ E/F  **3.27**<br>☐ G _____ |
| 2.12 7 | **Financial Investment Holding, LLC** | **Leonard A Jeancharles** | ☐ D _____<br>▮ E/F  **3.28**<br>☐ G _____ |
| 2.12 8 | **Financial Investment Holding, LLC** | **Lile Charles** | ☐ D _____<br>▮ E/F  **3.29**<br>☐ G _____ |
| 2.12 9 | **Financial Investment Holding, LLC** | **Manita Noel Daniel** | ☐ D _____<br>▮ E/F  **3.30**<br>☐ G _____ |
| 2.13 0 | **Financial Investment Holding, LLC** | **Marie France** | ☐ D _____<br>▮ E/F  **3.31**<br>☐ G _____ |
| 2.13 1 | **Financial Investment Holding, LLC** | **Marie Joceline Lamy** | ☐ D _____<br>▮ E/F  **3.32**<br>☐ G _____ |
| 2.13 2 | **Financial Investment Holding, LLC** | **Marie Lourde Francois** | ☐ D _____<br>▮ E/F  **3.33**<br>☐ G _____ |
| 2.13 3 | **Financial Investment Holding, LLC** | **Mariner Finance** | ☐ D _____<br>▮ E/F  **3.34**<br>☐ G _____ |

| Debtor | **Akademi Opyson Komes, LLC** | Case number *(if known)* | |
|---|---|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | Column 2: **Creditor** | |
|---|---|---|
| 2.134 **Financial Investment Holding, LLC** | **Mercidieu Delva** | ☐ D _____<br>■ E/F __3.35__<br>☐ G _____ |
| 2.135 **Financial Investment Holding, LLC** | **Mireille Arthur** | ☐ D _____<br>■ E/F __3.36__<br>☐ G _____ |
| 2.136 **Financial Investment Holding, LLC** | **Mireille Arthur** | ☐ D _____<br>■ E/F __3.37__<br>☐ G _____ |
| 2.137 **Financial Investment Holding, LLC** | **Moisena Dorcelis** | ☐ D _____<br>■ E/F __3.38__<br>☐ G _____ |
| 2.138 **Financial Investment Holding, LLC** | **Nerlandsha Makie Petion** | ☐ D _____<br>■ E/F __3.39__<br>☐ G _____ |
| 2.139 **Financial Investment Holding, LLC** | **Nickson Sylvestre** | ☐ D _____<br>■ E/F __3.40__<br>☐ G _____ |
| 2.140 **Financial Investment Holding, LLC** | **Nise Francois** | ☐ D _____<br>■ E/F __3.41__<br>☐ G _____ |
| 2.141 **Financial Investment Holding, LLC** | **Raoul Pierre Paul** | ☐ D _____<br>■ E/F __3.42__<br>☐ G _____ |

| Debtor | **Akademi Opyson Komes, LLC** | Case number *(if known)* | |
|---|---|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | Column 2: **Creditor** |
|---|---|

| 2.14 2 | **Financial Investment Holding, LLC** | **Syncb/ccdstr** | ☐ D _____<br>■ E/F ___3.43___<br>☐ G _____ |
|---|---|---|---|

| 2.14 3 | **Financial Investment Holding, LLC** | **Synchrony Bank** | ☐ D _____<br>■ E/F ___3.44___<br>☐ G _____ |
|---|---|---|---|

| 2.14 4 | **Financial Investment Holding, LLC** | **Synchrony Bank** | ☐ D _____<br>■ E/F ___3.45___<br>☐ G _____ |
|---|---|---|---|

| 2.14 5 | **Financial Investment Holding, LLC** | **Tout Est Bien Petion** | ☐ D _____<br>■ E/F ___3.46___<br>☐ G _____ |
|---|---|---|---|

| 2.14 6 | **Financial Investment Holding, LLC** | **Yvenie Petion** | ☐ D _____<br>■ E/F ___3.47___<br>☐ G _____ |
|---|---|---|---|

| 2.14 7 | **Financial Investment Holding, LLC** | **Zaky Louis** | ☐ D _____<br>■ E/F ___3.48___<br>☐ G _____ |
|---|---|---|---|

Case 3:23-bk-02084    Doc 1    Filed 06/13/23    Entered 06/13/23 13:26:57    Desc Main
Document       Page 46 of 58

**Fill in this information to identify the case:**

Debtor name __Akademi Opyson Komes, LLC__

United States Bankruptcy Court for the: __MIDDLE DISTRICT OF TENNESSEE__

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 207
# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy                04/22

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

Part 1:   **Income**

1. **Gross revenue from business**

   ☐ None.

   | Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
   |---|---|---|
   | **From the beginning of the fiscal year to filing date:**<br>From **1/01/2023** to **Filing Date** | ■ Operating a business<br>☐ Other _____ | **Unknown** |
   | **For prior year:**<br>From **1/01/2022** to **12/31/2022** | ■ Operating a business<br>☐ Other _____ | **Unknown** |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ■ None.

   | | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
   |---|---|---|

**Part 2:**   **List Certain Transfers Made Before Filing for Bankruptcy**

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ■ None.

   | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
   |---|---|---|---|

4.  **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
    List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

    ■ None.

    | Insider's name and address Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
    | --- | --- | --- | --- |

5.  **Repossessions, foreclosures, and returns**
    List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

    ■ None

    | Creditor's name and address | Describe of the Property | Date | Value of property |
    | --- | --- | --- | --- |

6.  **Setoffs**
    List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

    ■ None

    | Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
    | --- | --- | --- | --- |

## Part 3:   Legal Actions or Assignments

7.  **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
    List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

    ■ None.

    | Case title Case number | Nature of case | Court or agency's name and address | Status of case |
    | --- | --- | --- | --- |

8.  **Assignments and receivership**
    List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

    ■ None

## Part 4:   Certain Gifts and Charitable Contributions

9.  **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

    ■ None

    | Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
    | --- | --- | --- | --- |

## Part 5:   Certain Losses

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

    ■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|

---

### Part 6:   Certain Payments or Transfers

**11. Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **LEFKOVITZ & LEFKOVITZ**<br>**908 HARPETH VALLEY**<br>**PLACE**<br>**NASHVILLE, TN 37221** | **Attorney Fees** | | **$2,500.00** |
| | Email or website address<br>**slefkovitz@lefkovitz.com** | | | |
| | Who made the payment, if not debtor? | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.

Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

**13. Transfers not already listed on this statement**

List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer?<br>Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

### Part 7:   Previous Locations

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | Dates of occupancy<br>From-To |
|---|---|

### Part 8:   Health Care Bankruptcies

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:

- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

**Part 9:    Personally Identifiable Information**

16. **Does the debtor collect and retain personally identifiable information of customers?**

■ No.
☐ Yes. State the nature of the information collected and retained.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

■ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

**Part 10:    Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

18. **Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

19. **Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|

20. **Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|

**Part 11:    Property the Debtor Holds or Controls That the Debtor Does Not Own**

21. **Property held for another**
    List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

    ■ None

**Part 12:**  **Details About Environment Information**

For the purpose of Part 12, the following definitions apply:
*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

    ■ No.
    ☐ Yes. Provide details below.

| Case title<br>Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|
| | | | |

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

    ■ No.
    ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| | | | |

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

    ■ No.
    ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| | | | |

**Part 13:**  **Details About the Debtor's Business or Connections to Any Business**

25. **Other businesses in which the debtor has or has had an interest**
    List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

    ■ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|
| | | |

26. **Books, records, and financial statements**
    26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
    ■ None

| Name and address | Date of service<br>From-To |
|---|---|
| | |

    26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement

within 2 years before filing this case.

■ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

■ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

■ None

| Name and address |
|---|

27. **Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

■ No
☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

■ No
☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

■ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|

**Part 14:**  Signature and Declaration

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **June 13, 2023**

**/s/ Djhondel NMN Gay**                              **Djhondel NMN Gay**
Signature of individual signing on behalf of the debtor     Printed name

Position or relationship to debtor   **Chief Manager**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
■ No
☐ Yes

# United States Bankruptcy Court
## Middle District of Tennessee

In re   **Akademi Opyson Komes, LLC**                                               Case No. _____

                                            Debtor(s)        Chapter   **7**

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.   Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---:|
| For legal services, I have agreed to accept | $ | **2,500.00** |
| Prior to the filing of this statement I have received | $ | **2,500.00** |
| Balance Due | $ | **0.00** |

2.   The source of the compensation paid to me was:

     ■ Debtor    ☐ Other (specify):

3.   The source of compensation to be paid to me is:

     ☐ Debtor    ■ Other (specify):   **shareholder's wife**

4.   ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

     ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.   In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

     a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
     b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
     c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
     d. [Other provisions as needed]
          **In addition to providing analysis of the debtor's financial situation, rendering advice, preparation and filing of any petition, statements and schedules, and representation of the debtor at Meeting of Creditors, the fee includes negotiation and preparation of reaffirmation agreements, and discussions with the Chapter 7 Trustee, debtor(s), creditor(s), and parties-in-interest as necessary concerning the case**

6.   By agreement with the debtor(s), the above-disclosed fee does not include the following service:
     **Rule 2004 examinations, depositions, interrogatories, or other discovery proceedings; Adversary proceedings to determine the dischargeabilty of debt (11 USC §523); Adversary proceedings to deny discharge (11 USC §727); Complaints to avoid lien(s); Motions/Complaints after entry of the discharge and/or closing of the case; Amending Schedules D, E, & F after the filing of the bankruptcy case; Other adversarial litigation. Conversion to another Bankruptcy Chapter under the Bankruptcy Code**

---

### CERTIFICATION

     I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

**June 13, 2023**                              **/s/ Steven L. Lefkovitz**
*Date*                                            **Steven L. Lefkovitz 5953**
                                              *Signature of Attorney*
                                              **LEFKOVITZ & LEFKOVITZ**
                                                **908 HARPETH VALLEY PLACE**
                                              **NASHVILLE, TN 37221**
                                              **615-256-8300  Fax: 615-255-4516**
                                              **slefkovitz@lefkovitz.com**
                                              *Name of law firm*

# United States Bankruptcy Court
## Middle District of Tennessee

In re   **Akademi Opyson Komes, LLC**

Case No. _____

Debtor(s)

Chapter   **7**

# VERIFICATION OF CREDITOR MATRIX

I, the Chief Manager of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:   **June 13, 2023**

**/s/ Djhondel NMN Gay**

**Djhondel NMN Gay/Chief Manager**
Signer/Title

AKADEMI OPYSON KOMES, LLC
3615 ECHO LANE
NASHVILLE TN 37218

.

STEVEN L. LEFKOVITZ
LEFKOVITZ & LEFKOVITZ
908 HARPETH VALLEY PLACE
NASHVILLE, TN 37221

AGELEUR CLAUVIL
200 BEAUFORT LANE
MILFORD DE 19963

ALDOUS AND ASSOCIATES, PLLC
ATTN: BANKRUPTCY
PO BOX 171374
HOLLADAY UT 84117

AMEX
CORRESPONDENCE/BANKRUPTCY
PO BOX 981540
EL PASO TX 79998

ANGLICHE PETION
204 BEAVER DAM DR
SALISBURY MD 21804

ANNETTE PIERRETTE
1214 DIVISION ST.
SALISBURY MD 21801

ASCEND FEDERAL CREDIT UNION
ATTN: BANKRUPTCY
PO BOX 1210
TULLAHOMA TN 37388

ASTROGILDO SOUZA DOS SANTOS
RUA MANUEL VIERRA LEITE CEP 41.130700

BANK OF AMERICA
ATTN: BANKRUPTCY
4909 SAVARESE CIRCLE
TAMPA FL 33634

BEATRICE MENTOR
3855 VANDYKE AVE
SAN DIEGO CA 92105

CALEB NAHUM PETION
408 DECATUR AVE
SALISBURY MD 21804

CHEADLE LAW
2404 CRESTMOOR ROAD
NASHVILLE TN 37215

CHIKA IBEJIUBA
110 WEST KINGSBRIDGE ROAD
MOUNT VERNON NY 10550

DECLAN DIRE
49 SOULICE PLACE
NEW ROCHELLE NY 10804

DJONDEL GAY
3615 ECHO LANE
NASHVILLE TN 37218

DJONDEL NMN GAY
3615 ECHO LANE
NASHVILLE TN 37218

EDITH FRANCOIS
606 LIBERTY ST
SALISBURY MD 21804

EVARISTE AMISIAL
6760 EDWARDS AVE
SALISBURY MD 21804

FINANCIAL INVESTMENT HOLDING, LLC

FIRST PREMIER BANK
ATTN: BANKRUPTCY
PO BOX 5524
SIOUX FALLS SD 57117

FOURSIGHT CAPITAL, LLC.
ATTN: BANKRUPTCY
PO BOX 45026
SALT LAKE CITY UT 84145

GARLINE L PETION
204 BEAVER DAM DR
SALISBURY MD 21804

GESNER CHARLES
515 EAST ISABELLA STREET
SALISBURY MD 21804

GLADYS GUILLAUME
315 TILGHMAN ST.
SALISBURY MD 21804

GREAT COMMISSION CHURCH
225 N DIVISION ST
SALISBURY MD 21801

IRS
CNTRLZD INSOLVENCY OPRTN
PO BOX 7346
PHILADELPHIA PA 19101-7346

JOASCH FREJUSTE
606 LIBERTY STREET
SALISBURY MD 21804

LENDING POINT
1201 ROBERTS BLVD #200
KENNESAW GA 30144

LENDINGPOINT LLC.
ATTN: BANKRUPTCY
1201 ROBERTS BLVD SUITE 200
KENNESAW GA 30144

LEONARD A JEANCHARLES
3855 VANDYKE AVE
SAN DIEGO CA 92105

NERLANDSHA MAKIE PETION
420 DOVER ST
SALISBURY MD 21804

LILE CHARLES
515 ISABELLA ST
SALISBURY MD 21804

NICKSON SYLVESTRE
5362 ERIKA PL
LAKE WORTH FL 33463

MANITA NOEL DANIEL
2460 NW 63RD TER
FORT LAUDERDALE FL 33313

NISE FRANCOIS
1886 MATHORN DR
ORLANDO FL 32818

MARIE FRANCE
474 HAWKINS RD
SELDEN NY 11784

RAOUL PIERRE PAUL
39 BUTTERCUP CIR N
PALM BEACH GARDENS FL 33410

MARIE JOCELINE LAMY
204 BEAVER DAM DR
SALISBURY MD 21804

SYNCB/CCDSTR
ATTN: BANKRUPTCY
PO BOX 965060
ORLANDO FL 32896

MARIE LOURDE FRANCOIS
732 HEMLOCK ST
SALISBURY MD 21804

SYNCHRONY BANK
ATTN: BANKRUPTCY
PO BOX 965060
ORLANDO FL 32896

MARINER FINANCE
ATTN: BANKRUPTCY
8211 TOWN CENTER DRIVE
NOTTINGHAM MD 21236

TOUT EST BIEN PETION
423 DECATUR AVE
SALISBURY MD 21804

MERCIDIEU DELVA
13406 GRACE LANE
DELMAR DE 19940

YVENIE PETION
423 DOVER ST
SALISBURY MD 21804

MIREILLE ARTHUR
431 W 200 S APT 1
PROVO UT 84601

ZAKY LOUIS
515 ISABELLA ST
SALISBURY MD 21804

MOISENA DORCELIS
1404 EMERSON AVE
SALISBURY MD 21801

# United States Bankruptcy Court
## Middle District of Tennessee

In re    **Akademi Opyson Komes, LLC**          Case No. _____

                                       Debtor(s)          Chapter    **7**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for    **Akademi Opyson Komes, LLC**    in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

**Djondel Gay**
**3615 Echo Lane**
**Nashville, TN 37218**

☐ None [*Check if applicable*]

---

**June 13, 2023**                              **/s/ Steven L. Lefkovitz**

Date                                        **Steven L. Lefkovitz 5953**

Signature of Attorney or Litigant
Counsel for    **Akademi Opyson Komes, LLC**

**LEFKOVITZ & LEFKOVITZ**
**908 HARPETH VALLEY PLACE**
**NASHVILLE, TN 37221**
**615-256-8300 Fax:615-255-4516**
**slefkovitz@lefkovitz.com**